IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ERICA MARTIN,<br><br>        Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD EMPLOYEES HEALTH SYSTEMS, and UNITED HEALTHCARE,<br><br>        Defendants. | CASE NO. 8:12CV397<br><br>ORDER |

    This matter is before the Court on the Plaintiff's unopposed Motion to Dismiss (Filing No. 14) Defendant United Healthcare from this action, without prejudice. Plaintiff represents that "[n]either Defendant objects to this motion." (*Id.*) Under Federal Rule of Civil Procedure 41(a)(2), the Court finds that the motion should be granted, and the claims asserted against United Healthcare should be dismissed without prejudice. Accordingly,

    IT IS ORDERED:

    1.    The Plaintiff's unopposed Motion to Dismiss (Filing No. 14) is granted; and

    2.    The claims asserted against Defendant United Healthcare are dismissed without prejudice.

Dated this 19th day of February, 2013.

                                      BY THE COURT:

                                      s/Laurie Smith Camp
                                      Chief United States District Judge