IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ERICA MARTIN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CV397 |
| | ) | |
| V. | ) | |
| | ) | |
| UNION PACIFIC RAILROAD EMPLOYEES HEALTH SYSTEM, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the parties' Joint Motion for Extension of Time to File Rule 26(f) Report (filing 16).  The motion will be granted.

Accordingly,

**IT IS ORDERED:**

1. Defendant shall produce the administrative record and relevant plan documents by May 13, 2013.

2. Plaintiff shall review and analyze the administrative record and plan documents by June 12, 2013.

3. The parties shall file their Fed. R. Civ. P. 26(f) Report by June 26, 2013.  If, however, the parties are unable to agree on a Rule 26(f) Report, they shall schedule a conference with the undersigned.

**DATED April 9, 2013.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**