# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ERICA MARTIN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CV397 |
| | ) | |
| V. | ) | |
| | ) | |
| UNION PACIFIC RAILROAD | ) | ORDER |
| EMPLOYEES HEALTH SYSTEM, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff filed a motion requesting that the July 31, 2013 deadline for submitting "motions" be extended for two weeks. (Filing 23.) However, the Court is unaware of what motions Plaintiff is referring to and the Court has no record of any July 31, 2013 motion deadlines.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Extend (filing 23) is denied.

**DATED August 6, 2013.**

                                                                **BY THE COURT:**

                                                                 **S/ F.A. Gossett**
                                                                  **United States Magistrate Judge**