# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ERICA MARTIN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CV397 |
| | ) | |
| V. | ) | |
| | ) | |
| UNION PACIFIC RAILROAD EMPLOYEES HEALTH SYSTEM, | ) ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the parties' Joint Motion for Extension of Deadlines (filing 38). The motion is granted, in part, as follows:

1. Defendant shall respond to Plaintiff's Motion to Compel (filing 36) by August 6, 2014.

2. Motions for summary judgment shall be filed by August 18, 2014.

3. Pretrial disclosures shall be made by November 26, 2014.

4. Motions in limine shall be filed by December 10, 2014.

5. The pretrial conference with the undersigned is scheduled for December 19, 2014, at 11:00 a.m., in chambers, 111 South 18th Plaza, Suite 2210, Roman L. Hruska United States Courthouse, Omaha, Nebraska.

6. Trial shall commence, at the Court's call, during the week of January 20, 2015.

**IT IS SO ORDERED.**

**DATED June 27, 2014.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**