# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **ERICA MARTIN,** | |
| Plaintiff, | **8:12CV397** |
| vs. | |
| **UNION PACIFIC RAILROAD EMPLOYEES HEALTH SYSTEM,** | **ORDER OF DISMISSAL** |
| Defendant. | |

This matter is before the Court on the parties' Stipulation for Dismissal with Prejudice (Filing No. 43). The Stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The above-captioned action should be dismissed with prejudice, each party to pay its own costs. Accordingly,

IT IS ORDERED:

1. The parties' Stipulation for Dismissal with Prejudice (Filing No. 43) is approved;

2. The above-captioned action should be dismissed with prejudice; and

3. Each party will pay its own costs.

Dated this 30th day of October, 2014

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge